### 8059. GEORGIA RAILROAD v. JOLLES et al.

GEORGE, J. 1. The evidence authorized the verdict, and there is no merit in the general grounds of the motion for a new trial.

2. The amendment to the motion for a new trial complains of error in the court's charge. Some of the excerpts quoted from the charge, and specially assigned as error, are not entirely accurate; but, the whole charge considered, the case was fairly tried. None of the alleged errors require a reversal of the judgment.

*Judgment affirmed. Wade, C. J., and Luke, J., concur.*

DECIDED JUNE 27, 1917.

Action for damages; from Wilkes superior court—Judge Walker. August 14, 1916.

*Cumming & Hull, W. A. Slaton,* for plaintiff in error.
*Colley & Colley,* contra.